U.S. Department of Justice
United States Attorney

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**

Division: Atlanta
(USAO: 2021R00103)

**FILED IN OPEN COURT**
U.S.D.C. - Atlanta

**FEB 2 4 2022**

**KEVIN P. WEIMER, Clerk**
By: _Com_ Deputy Clerk

### DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION

COUNTY NAME:   Fulton

DISTRICT COURT NO.
1:21-CR-00231-TCB-CMS

MAGISTRATE CASE NO.

X Indictment
DATE: February 24, 2022

Information
DATE:

Magistrate's Complaint
DATE:

UNITED STATES OF AMERICA
vs.
JAMES SINNOTT

FIRST SUPERSEDING INDICTMENT
Prior Case Number:
Date Filed:

GREATER OFFENSE CHARGED: X Felony  Misdemeanor

**Defendant Information:**

Is the defendant in custody?   Yes   X No
Will the defendant be arrested pending outcome of this proceeding?   Yes   X No
Is the defendant a fugitive?   Yes   X No
Has the defendant been released on bond?   Yes   X No

Will the defendant require an interpreter?   Yes   X No

District Judge:

Attorney:  Christopher J. Huber
Defense Attorney: