FILED IN OPEN COURT
U.S.D.C. - Atlanta

FEB 24 2022

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

U.S. Department of Justice
United States Attorney

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA

v.

James Sinnott

**Agent to Arrest**

Indictment/Information

1:21-CR-00231-TCB-CMS

ISSUED AND DELIVERED
TO U.S. MARSHAL
2/25/22
BY: C. Meach
DEPUTY CLERK

# PRAECIPE

The Clerk is hereby directed to issue a warrant for arrest, certified copy (copies) of indictment attached, returnable instanter, in the above-stated case.

Christopher J. Huber
Assistant United States Attorney

Filed In Clerk's Office, this _____ day of _____, 20 ____.

_____
Clerk

By _____
Deputy Clerk

Form No. USA-19-8
(Rev. 08/06/87)
N.D.Ga. 08/26/94