*AO 199A (Rev. 12/11) Order Setting Conditions of Release*                                                            Page 1 of ___3___ Pages

# UNITED STATES DISTRICT COURT
## for the
### NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | )<br>)<br>) |
| v. | )<br>) |
| **JAMES SINNOTT** | )<br>) |
| *Defendant* | ) |

FILED IN OPEN COURT
U.S.D.C. - Atlanta

FEB 28 2022

KEVIN P. WEIMER, Clerk
By: _____

Case No.: **1:21-cr-231-TCB-CMS**

## ORDER SETTING CONDITIONS OF RELEASE

*IT IS ORDERED that the defendant's release is subject to these conditions:*

(1) The defendant must not violate federal, state, or local law while on release.

(2) The defendant must cooperate in the collection of a DNA sample if it is authorized by 42 U.S.C. § 14135a.

(3) The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

   The defendant must appear: _____
                                                          *Place*

   _____

   on _____
                                             *Date and Time*

   *If blank, defendant will be notified of next appearance.*

(5) The defendant must sign an Appearance Bond, if ordered.

*AO 199A (Rev. 12/11) Order Setting Conditions of Release*                                                              *Page 1 of ___3___ Pages*

AO 199B  (Rev. 12/11) Additional Conditions of Release                                                                    Page 2 of 3 Pages

## ADDITIONAL CONDITIONS OF RELEASE

IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

( )  (6)  The defendant is placed in the custody of:
         Person or organization  _____
         Address (only if above is an
         organization)          _____
         City and state _____  Tel. No. _____

who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

                                           Signed: _____   _____
                                                            Custodian                    Date

(X)  (7)  The defendant must:
   (X)  (a)  submit to supervision by and report for supervision to the  ( ) U.S. Pretrial Services (XX) U.S. Probation Office
              telephone number   404-215-1950   , ( ) No later than _____ (✓) Before leaving courthouse,  or _____
   (X)  (b)  continue or actively seek employment.
   ( )  (c)  continue or start an education program.
   (X)  (d)  surrender any passport to:    your supervising officer by : 2/28/2022 , and do not obtain nor possess a passport or other international travel
              document, not obtain or possess a passport or other international travel document in your name, another name or on behalf of a third party,
              including minor children.
   ( )  (e)  abide by the following restrictions on personal association, residence, or travel: _____

   (X)  (f)  avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution,
              including:  _____

   ( )  (g)  get medical or psychiatric treatment:       ( ) as directed by your supervising officers     ( ) _____

   ( )  (h)  maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers
              necessary.
   (X)  (i)  not possess a firearm, destructive device, other weapon, or ammunition, in your home, vehicle or place of employment, or upon
              your person.
   (X)  (j)  not use alcohol (  ) at all (X) excessively.
   (X)  (k)  not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless lawfully prescribed by a medical
              licensed medical practitioner.
   (  )  (l)  submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with random
              frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance
              screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance
              screening or testing.
   (  )  (m) participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or supervising
              officer.
   (  )  (n)  participate in one of the following location restriction programs and comply with its requirements as directed.
              ( ) (i) **Curfew.** You are restricted to your residence every day (    ) from _____ to _____, or (    ) as
                     directed by the pretrial services office or supervising officer; or
              ( ) (ii) **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical,
                     substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved
                     in advance by the pretrial services office or supervising officer; or
              ( ) (iii) **Home Incarceration.** You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and court
                     appearances or other activities specifically approved by the court.
   (  )  (o)  submit to location monitoring as directed by the pretrial services office or supervising officer and comply with all of the program
              requirements and instructions provided.
              (    ) You must pay all or part of the cost of the program based on your ability to pay as determined by the pretrial services office or
                     supervising officer.
   (X)  (p)  report within 72 hours to the pretrial services office or supervising officer, every contact with law enforcement personnel, including arrests,
              questioning, or traffic stops.
   (X)  (q)  ~~restrict travel to the Northern District of Georgia unless the supervising officer has approved travel in advance.~~
   (X)  (r.) Defendant may travel outside the district
   (  )  (s) if he provides notice 24 hours
   (  )  (t) before his travel.
                                                  ✓(in writing)

AO 199C   (Rev.12/03)   Advice of Penalties . . .                                                                                       Page ___3___ of ___3___ Pages

## Advice of Penalties and Sanctions

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in a term of imprisonment, a fine, or both.

While on release, if you commit a federal felony offense, the punishment is an additional prison term of not more than ten years; if you commit a federal misdemeanor offense, the punishment is an additional prison term of not more than one year. This sentence will be consecutive (i.e., in addition to) any other sentence you receive.

It is a crime punishable by up to ten years of imprisonment and a $250,000 fine or both to: obstruct a criminal investigation; tamper with a witness, victim or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If after release, you knowingly fail to appear as required by the conditions of release, or to surrender for the service of sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, you shall be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, you shall be fined not more than $250,000 or imprisoned for not more than five years, or both;
(3) any other felony, you shall be fined not more than $250,000 or imprisoned not more than two years, or both;
(4) a misdemeanor, you shall be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be in addition to the sentence for any other offense. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

## Acknowledgment of Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
Signature of Defendant

Roswell, Georgia                 404 931 8496
City and State                            Telephone

## Directions to United States Marshal

( ✓ ) The defendant is ORDERED released after processing.
(   ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date: 2/28/2022                                       _____
                                                                        Signature of Judicial Officer

                                                             REGINA D. CANNON, U.S. MAGISTRATE JUDGE
                                                                        Name and Title of Judicial Officer

DISTRIBUTION:   COURT   DEFENDANT   PRETRIAL SERVICE   U.S. ATTORNEY   U.S. MARSHAL